# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3778

_____

United States of America

*Plaintiff - Appellee*

v.

Thomas Eli Ray

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: May 31, 2013
Filed: June 5, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former federal inmate Thomas Ray appeals the district court's[1] denial of his petition for a writ of error coram nobis. Following careful de novo review, see United

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

States v. Comacho-Bordes, 94 F.3d 1168, 1173 (8th Cir. 1996), we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.

_____